## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Derrick Collins

                    Plaintiff,

v.                                                Case No.: 1:07–cv–06255
                                                  Honorable Blanche M. Manning

City Of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 20, 2007:

        MINUTE entry before Judge Blanche M. Manning : Status hearing set for 1/8/2008 at 11:00 AM. Plaintiff's counsel should be prepared to advise the court regarding the progress of efforts to serve the defendants. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.