IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DERRICK COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | NO.  07 C 6255 |
| | ) | |
| v. | ) | JUDGE MANNING |
| | ) | |
| CITY OF CHICAGO, | ) | |
| Chicago Police Officers | ) | MAGISTRATE JUDGE KEYS |
| TERRENCE MORRIS, CHRIS SAVICKAS, | ) | |
| And COURTNEY HILL | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION**

TO:   Louis Meyer
      Law Offices of Lawrence V. Jackowiak
      20 North Clark, Suite 1700
      Chicago, Illinois  60602

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is herewith served upon you.

**PLEASE TAKE NOTICE** that on January 10th, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Blanche Manning, or whomever shall be sitting in her stead, in Room 2125 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

**DATED** at Chicago, Illinois this 24th day of December, 2007.

Respectfully submitted,

*/s/ Thomas H. Freitag*
THOMAS H. FREITAG
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
(312) 742-7391
Atty. No. 6272245

1

**CERTIFICATE OF SERVICE**

     The undersigned attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing **NOTICE OF AGREED MOTION** and **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** was served upon the above-named at the above addresses by U.S. Mail on the 24th day of December, 2007, unless the respective party has otherwise received official notice via the Court's e-filing system.

                                                        */s/ Thomas H. Freitag*
                                                        THOMAS H. FREITAG
                                                        Asst. Corporation Counsel