IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DERRICK COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | NO.  07 C 6255 |
| | ) | |
| v. | ) | JUDGE MANNING |
| | ) | |
| CITY OF CHICAGO, | ) | |
| Chicago Police Officers | ) | MAGISTRATE JUDGE KEYS |
| TERRENCE MORRIS, CHRIS SAVICKAS, | ) | |
| And COURTNEY HILL | ) | |
| Defendants. | ) | |

**NOTICE OF FILING and CERTIFICATE OF SERVICE**

TO:   Louis Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark, Suite 1700
Chicago, Illinois  60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS ANSWER, AFFIRMATIVE DEFENSES, 12(B)(6) DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which was served upon you using the Court's Electronic Filing System which sends notification of such filing to the attorneys of record in this case.

I hereby certify that on Wednesday, January 23, 2008, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system which sends notification of such filing to the attorneys of record in this case.

**DATED** at Chicago, Illinois this 23rd day of January, 2008.

Respectfully Submitted,

30 North La Salle St. #1400      BY:   /s/ *Thomas Freitag*
Chicago, Illinois 60602                  THOMAS H. FREITAG
(312) 742-7391                               Assistant Corporation Counsel
Attorney Number 6272245