Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Manning | Sitting Judge If Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6255 | **DATE** | 3/12/2008 |
| **CASE TITLE** | Collins vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Status hearing held; continued to 4/30/08 at 9:00 a.m. Fact discovery cut off date is 7/31/08. *AK*

Docketing to mail notices.

00:03;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|