**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Derrick Collins
                Plaintiff,

v.	Case No.: 1:07−cv−06255
    Honorable Blanche M. Manning

City Of Chicago, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

    MINUTE entry before Judge Honorable Blanche M. Manning: Status hearing set for 5/1/2008 is reset to 7/1/2008 at 11:00 AM. with the understanding that the parties are diligently pursuing discovery and are mindful of the discovery cut off dates set by the magistrate judge.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.