## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Manning | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6255 | **DATE** | 7/7/08 |
| **CASE TITLE** | Collins vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Status hearing held. Settlement Conference set for 8/11/08 at 10:00 a.m. All parties are to be represented at the settlement conference by an individual (other than their attorneys) with full authority to settle. The parties are to exchange (but not file) written settlement offers, copies of which are to be submitted to the court by 8/4/08. This is a requirement, not an option and no follow up calls for this information will be made by the court's staff. Failure to comply with this requirement is sanctionable. *AK*

Docketing to mail notices.

00:03;nfpc

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 JUL -8 AM 11:48

FILED-ED