UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Derrick Collins
                    Plaintiff,

v.                                     Case No.: 1:07–cv–06255
                                                      Honorable Blanche M. Manning

City Of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable Arlander Keys:Counsel for defendant telephonically informed the Court that the parties have reached a tentative settlement agreement but will need additional time to prepare the settlement documents, which they will submit to the district judge upon completion. Status hearing set for 7/25/2008 at 09:00 AM.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.