IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERRICK COLLINS, | ) |
| | ) Case No. 07 C 6255 |
| Plaintiff, | ) |
| | ) Judge Manning |
| vs. | ) |
| | ) Magistrate Judge Keys |
| CITY OF CHICAGO; Chicago Police Officers TERRENCE MORRIS, STAR 16465; CHRIS SAVICKAS, Star 5991; and COURTNEY HILL, Star 12283; | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Lawrence Jackowiak
Attorney for plaintiff,
Derrick Collins
Law Offices of Lawrence V. Jackowiak
20 N. Clark, Suite 1700
Chicago, Illinois 60602
(312) 795-9595
Attorney No. 6281003
DATE: 7-21-2008

Matthew R. Hader
Assistant Corporation Counsel
Attorney for defendants,
Terrence Morris, Chris Savickas, Courtney Hill and the City of Chicago
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-9586
Attorney No. 06284330
DATE: 7/22/08

07 C 6255