UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Derrick Collins
                Plaintiff,

v.                                          Case No.: 1:07–cv–06255
                                               Honorable Blanche M. Manning

City Of Chicago, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Arlander Keys: The Parties having filed a stipulation of dismissal on 7/23/08, the status hearing set for 7/25/08 is stricken. Therefore, all matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Case no longer referred to Honorable Arlander Keys.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.