# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6255 | **DATE** | 8/13/2008 |
| **CASE TITLE** | Derrick Collins vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the parties Stipulation to Dismiss, filed on 7/23/2008, this case is hereby dismissed with prejudice and with each party bearing its own costs and attorneys' fees. Status hearing set for 8/14/2008 is stricken. Terminating case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|